# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2538
_____

JANINA FREEMAN, RN, BSN,

Petitioner,

v.

FLORIDA DEPARTMENT OF
HEALTH/FLORIDA BOARD OF
NURSING,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 26, 2026

PER CURIAM.

DISMISSED as untimely.

RAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Janina Freeman, RN, BSN, pro se, Petitioner.

No appearance for Respondent.